706

(132 So. 907)

**D. F. GREEN, Supt. of Banks, etc., v. Phyllis LEVENSON.**

6 Div. 732.

Supreme Court of Alabama.
Jan. 30, 1931.

PER CURIAM.

Appeal dismissed by agreement.

(130 So. 917)

**L. D. HALE et al. v. W. L. ST. CLAIR.**

7 Div. 961.

Supreme Court of Alabama.
Oct. 16, 1930.

Hugh Reed, of Center, for appellants.

Irby A. Keener, of Center, for appellee.

SAYRE, J.

Appellee had a decree in accordance with the prayer of his bill that a certain deed of trust or mortgage which he had executed and delivered to appellants' intestate, along with two promissory notes secured thereby, be canceled as having been paid in full. Appellants, as administrators of the estate of the deceased mortgagee, claimed that there was a balance due on the debt evidenced by the two promissory notes made to their intestate, and prayed for a decree of foreclosure.

The difference between the parties is a difference of fact only, and, after careful consideration, the court here is in agreement with the trial court that the debt between appellants' intestate and appellee had been satisfied in full in the lifetime of decedent and before the bill was filed. This we say after excluding from consideration any and every part of the testimony of complainant which is affected by section 7721 of the Code, providing, inter alia, that "no person having a pecuniary interest in the result of the suit or proceeding shall be allowed to testify against the party to whom his interest is opposed as to any transaction with, or statement by, the deceased person whose estate is interested in the result of the suit or proceeding." There is no need to indulge a more intimate discussion of the evidence. The court is of opinion that the evidence not affected by the statute suffices to sustain the decree in the court below.

Affirmed.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.

(131 So. 910)

**Mal HAMMONS v. STATE.**

7 Div. 980.

Supreme Court of Alabama.
Oct. 16, 1930.

Knox, Dixon, Sims & Dixon, of Talledga, for petitioner.

Charlie C. McCall, Atty. Gen., opposed.

BROWN, J.

Petition of Mal Hammons, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Hammons v. State (7 Div. 659) 131 So. 918.

Writ of certiorari denied on authority of Campbell v. State, 216 Ala. 295, 112 So. 902.

ANDERSON, C. J., and SAYRE and THOMAS, JJ., concur.

(133 So. 920)

**Floyd HARPER, alias Jenkins, v. STATE.**

1 Div. 661.

Supreme Court of Alabama.
April 16, 1931.

PER CURIAM.

Appeal dismissed.

(133 So. 920)

**Essie HELTON v. Albert HELTON.**

8 Div. 261.

Supreme Court of Alabama.
March 26, 1931.

Wm. C. Rayburn, of Guntersville, for appellant.

T. Harvey Wright, of Guntersville, for appellee.

PER CURIAM.

Affirmed.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.